No. 03–10987. OVALLE-MARQUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–10988. DELA CRUZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10989. EALY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10990. FINUCAN *v.* MARYLAND BOARD OF PHYSICIAN QUALITY ASSURANCE. Ct. App. Md. Certiorari denied.

No. 03–10991. GARCIA-GALAVIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10994. HOLLAND *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 03–10995. HOWELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10996. HARRELL *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10997. HENRY *v.* CHATMAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–10998. COVINGTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10999. EDWARDS *v.* NEPONSIT HEALTH CARE CENTER ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 03–11000. CAISON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–11001. CALDWELL *v.* MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY AND ANNEX. C. A. 2d Cir. Certiorari denied.

No. 03–11002. CHAPLIN, AKA CHAPLAIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.